# Court of Appeals
# of the State of Georgia

ATLANTA, March 28, 2013

*The Court of Appeals hereby passes the following order*

**A13D0274. AUTO FARM, INC., v. GEORGIA WORKERS COMPENSATION BOARD.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2012CV224613



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, March 28, 2013.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*